OPINION — AG — ** ELECTION — HEARING ON A PETITION ** WHEN PROPERLY REQUESTED, THE BOARD OF COUNTY COMMISSIONERS HAVE THE MANDATORY DUTY TO HOLD A HEARING, AND, IF INDICATED THE THAT THE PROVISIONS AND INTENDMENTS OF THE LAW HAVE BEEN SUFFICIENTLY COMPLIED WITH, TO CALL AN ELECTION MEETING FOR INCORPORATION OF A PROPOSED TOWN. (INCORPORATION, MUNICIPALITY, POPULATION) CITE: 11 O.S. 972 [11-972], 11 O.S. 975 [11-975] (JAMES P. GARRETT)